## CITATION

**PHILLIP THERIOT**

Versus

**REDPOINT COUNTY MUTUAL INSURANCE COMPANY, ET AL**



Case: 081797
Division: D
18th Judicial District Court
Parish of Iberville
State of Louisiana

*The State of Louisiana and said Court to:*
A & B GARCIA CARRIERS, LLC
THROGUH LONG ARM STATUE AT:
2716 SLAUGHER, E CANTON ROAD
EDINBURG, TX 78542

**SCANNED**

*You are named as a defendant in the above captioned matter. Attached to this citation is a:*

☒ Certified Copy of Original Petition   ☐ Certified Copy of Amended Petition   ☐ Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the office of the Clerk of the Eighteenth Judicial District Court in the Iberville Parish Court House in the City of Plaquemine in said Parish within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30)** days after service of the amended petition.

B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original. Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

*WITNESS THE HONORABLE ELIZABETH A. ENGOLIO, JUDGE OF SAID COURT, this 23RD day of AUGUST, 2022.*

BY: _____
Deputy Clerk of Court

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

### Service Information

*Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:*

**Personal Service** *on the party herein named* _____.
**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service. Returned:*
Parish of _____ this _____ day of _____, 20____.

Service     $_____
Mileage    $_____    By: _____
Total         $_____              Deputy Sheriff

2022 AUG 23 P 3:43
s/Jacelyn C. Tatten

A TRUE COPY
DATE 8/23/2022
Deputy Clerk, Ex Officio, Recorder, Iberville Parish, Louisiana

[ ORIGINAL ]

**EXHIBIT "A"**

# CITATION

**PHILLIP THERIOT**

Versus

**REDPOINT COUNTY MUTUAL INSURANCE COMPANY, ET AL**



Case: 081797
Division: D
18th Judicial District Court
Parish of Iberville
State of Louisiana

*The State of Louisiana and said Court to:*
A & B GARCIA CARRIERS, LLC
THROGUH LONG ARM STATUE AT:
2716 SLAUGHER, E CANTON ROAD
EDINBURG, TX 78542

You are named as a defendant in the above captioned matter. Attached to this citation is a:

☒ Certified Copy of Original Petition   ☐ Certified Copy of Amended Petition   ☐ Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the office of the Clerk of the Eighteenth Judicial District Court in the Iberville Parish Court House in the City of Plaquemine in said Parish within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A. A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.

If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30) days** after service of the amended petition.
B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.

C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

WITNESS THE HONORABLE ELIZABETH A. ENGOLIO, JUDGE OF SAID COURT, this 23RD day of AUGUST, 2022.

BY: _____
Deputy Clerk of Court

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

## Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service. Returned:
Parish of _____ this _____ day of _____, 20____.

Service    $_____
Mileage    $_____
Total      $_____

By: _____
Deputy Sheriff
s/Jacelyn C. Tatten

FILED
2022 AUG 23 P 3:44
IBERVILLE LOUISIANA

[ RETURN COPY ]

A TRUE COPY
DATE 8/23/2022
Deputy Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana

| | |
|---|---|
| PHILIP THERIOT | DOCKET NO.: **81747-D** |
| | 18th JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF IBERVILLE |
| REDPOINT COUNTY MUTUAL INSURANCE COMPANY, ORTEGA- ROMAGO ARTURO AND A & B GARCIA CARRIERS LLC | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, PHILIP THERIOT, a person of the full age of majority and resident of 300 E Oakland Park Boulevard #376, Wilton Manors, Florida 33334 who respectfully represents:

1.

Made Defendants herein are:

a) **REDPOINT COUNTY MUTUAL INSURANCE COMPANY** upon information and belief, a foreign insurance company authorized to do and doing business, at all times relevant, within the State of Louisiana, which provided coverage to the vehicle owned by **A & B GARCIA CARRIERS LLC** and driven by **ORTEGA -ROMAGO ARTURO**;

b) **ORTEGA -ROMAGO ARTURO**, upon information and belief, a person of the full age of majority and a resident of AV Bagdad 6, Matamoros 87394.

c) **A & B GARCIA CARRIERS LLC**, upon information and belief, a domestic Corporation authorized to do and doing business, at all times relevant, within the state of Louisiana, owner of the vehicle driven by **ORTEGA -ROMAGO ARTURO** and insured by Riley Adjustment Bureau.

2.

Defendants are indebted, jointly, severally, and *in solido*, for the following:

On or about August 24, 2021, plaintiff, PHILIP THERIOT was an occupant in a 2016 Buick Verano ("vehicle 2") being operated and owned by David Robert Whiting, moving eastbound on I-10.

3.

At the same time, defendant, ORTEGA-ROMAGO ARTURO was operating a 2013 Kentworth TT ("vehicle 1") owned by A & B GARCIA CARRIERS LLC, traveling eastbound on I-10. Suddenly and without any warning, defendant, ORTEGA-ROMAGO ARTURO struck the

rear end of vehicle 2 in the left lane and the hit forced vehicle 2 to go into the right lane making the vehicle hit another vehicle, a 2019 Kentworth Semi which was being operated by Orlando Sierra, thus resulting in an accident and causing injuries to plaintiff, PHILIP THERIOT.

4.

Upon information and belief, at all times material and relevant hereto, defendant, ORTEGA-ROMAGO ARTURO was in his course and scope of employment with A & B GARCIA CARRIERS LLC.

5.

The collision was a direct result of the negligence of defendant, ORTEGA -ROMAGO ARTURO, in the following non-exclusive, particulars:

a. Failure to exercise reasonable care;
b. Failure to yield;
c. Failure to keep a proper lookout;
d. Failure to see what should have been seen;
e. Operating a vehicle in a careless and reckless manner, without due regard for the safety of others;
f. Inattentiveness;
g. Failure to have his automobile under control so as to keep it from striking the vehicle 2;
h. Failure to steer his automobile properly so as to avoid striking the vehicle 2;
i. Failure to apply the brakes properly on his automobile so as to bring it to a stop before colliding with the vehicle 2; and
j. Failure to take appropriate and necessary steps in order to avoid the accident.

6.

As a direct and proximate result of the accident, plaintiff, PHILIP THERIOT, suffered painful and debilitating injures, including, but not limited to his back, requiring medical treatment, medical care and recovery which adversely affected his normal work, personal life, professional life and recreational activities, for which he is due damages in amounts reasonable in the premises for the following:

a) Pain and suffering; past, present and future;
b) Mental anguish and anxiety; past, present and future;

c) Medical bills and expenses; past, present and future;

d) Loss of wages

7.

REDPOINT COUNTY MUTUAL INSURANCE, as the insurer of the vehicle owned by defendant, A & B GARCIA CARRIERS LLC and driven by defendant, ORTEGA -ROMAGO ARTURO, is solidarily bound for all damages due. Pursuant to the terms of said insurance contract, REDPOINT COUNTY MUTUAL INSURANCE did agree to stand in judgment jointly, severally and in solido with the said A & B GARCIA CARRIERS LLC and ORTEGA -ROMAGO ARTURO for the acts done by him, which caused the injuries and damages complained of herein.

**WHEREFORE,** plaintiff, PHILIP THERIOT, prays that this petition be filed and that defendants, REDPOINT COUNTY MUTUAL INSURANCE, ORTEGA-ROMAGO ARTURO and A & B Garcia Carriers LLC, be duly cited and served with a copy of same and, that after legal delays and due proceedings had there be judgment in favor of plaintiff and against defendants for a full and true sum of an amount reasonable in the premises to be proven at the trial on the merits of this matter, together with legal interest from date of judicial demand until paid, and for all costs of these proceedings and all other just and equitable relief.

Respectfully submitted:

**L. CLAYTON BURGESS, PLLC**
605 West Congress Street
Lafayette, LA 70501
Telephone (337)-234-7573
Fax: (337)-233-3890

**L. CLAYTON BURGESS** (22979)
**LIZA R. TRAHAN** (38381)
**COLE DELCAMBRE** (40150)
*Attorneys for Plaintiff*

**PLEASE SERVE:**

**REDPOINT COUNTY MUTUAL INSURANCE COMPANY**
Through the Louisiana Secretary of State:
8585 Archives Ave.
Baton Rouge, LA 70809

**ORTEGA -ROMAGO ARTURO**
Through long arm service at:
AV Bagdad 6, Matamoros 87394

FILED
2022 AUG 23 P 3: 43
s/Jacelyn C. Tatten

A TRUE COPY
DATE 8/23/2022
Deputy Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana

**A & B GARCIA CARRIERS LLC.**
Through Long Arm Statue at:
2716 Slaugher, E Canton road
Edinburg, Texas 78542

| | |
|---|---|
| PHILIP THERIOT | DOCKET NO.: |
| | 18th JUDICIAL DISTRICT COURT |
| VERSUS | |
| | PARISH OF IBERVILLE |
| REDPOINT COUNTY MUTUAL INSURANCE COMPANY, ORTEGA- ROMAGO ARTURO AND A & B GARCIA CARRIERS LLC | STATE OF LOUISIANA |

## REQUEST FOR NOTICE OF THE RENDITION OF ALL INTERLOCUTORY ORDERS OR JUDGMENTS

TO: **Iberville Parish Clerk of Court**
58050 Meriam Street
P.O. Box 423
Plaquemine, Louisiana 70764

Formal request is hereby made for written notice within ten (10) days in advance of any date fixed for the rendition of all interlocutory orders or judgments, as well as notice of hearings and/or trials (whether on merits or otherwise), in the above numbered and entitled cause, as provided in the Louisiana Code of Civil Procedure, particularly Articles 1571, 1572, 1913, 1914.

Respectfully submitted:

**L. CLAYTON BURGESS, PLLC**
605 West Congress Street
Lafayette, LA 70501
Telephone (337)-234-7573
Fax: (337)-233-3890

**L. CLAYTON BURGESS** (22979)
**LIZA R. TRAHAN** (38381)
**COLE DELCAMBRE** (40150)
*Attorneys for Plaintiff*

FILED
2022 AUG 23 P 3:43
s/Jacelyn C. Tatten